■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANK ROWLES, Appellant. [682 NYS2d 364] —Judgment unanimously affirmed (*see, People v Hidalgo*, 91 NY2d 733). (Appeal from Judgment of Niagara County Court, Fricano, J.—Rape, 2nd Degree.) Present—Green, J. P., Wisner, Pigott, Jr., Callahan and Fallon, JJ.